UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Ernest Washington Jr.**
P.O. Box 89286
Atlanta, GA 30312

xxx–xx–9810

Case No.: **08–84753–crm**
Chapter: **13**
Judge: **C. Ray Mullins**

### ORDER OF DISMISSAL

The Chapter 13 Trustee's Motion to Dismiss came before the Court on: **August 11, 2009**

After hearing, it appears that the Debtor(s) is in material default with respect to the provisions of the confirmed plan. Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within ten (10) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

*C. Ray Mullins*

_____

C. Ray Mullins
United States Bankruptcy Judge

Dated: August 11, 2009

Form 163